IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:23-cr-65-TFM-B |
| ) | |
| JESSICA MARIE SMITH ) | |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

On June 21, 2023, the Defendant Jessica Marie Smith, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 1343, Wire Fraud.  *See* Docs. 30, 31.  The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted.  *See* Doc. 33.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count One of the Indictment is accepted, and the Defendant is adjudged guilty of the offense.

A sentencing hearing has been scheduled for **December 18, 2023 at 10:00 a.m.**  *See* Doc. 31.  The Defendant will remain on conditions of release pending sentencing.

**DONE** and **ORDERED** this 10th day of July, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE